FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR C. NAVARRO,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV 08-01949 (GAF) AJW<br><br>[Proposed]<br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

_____3/9_____, 2010

GARY A. FEESS
United States District Judge